# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989. Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alsup, William H. | U.S.D.C., No. Distr. of Calif. | 03/24/1999 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Nominee | X Nomination, Date / / <br><br> Initial Annual Final | 01/01/1997 to 03/01/1999 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Morrison & Foerster LLP <br><br> 425 Market Street <br><br> San Francisco, CA 94105 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Partner | Morrison & Foerster, LLP, 425 Market Street, San Francisco, CA 94105 |
| 2 Board Member | Legal Aid Society of San Francisco, 1663 Mission Street, Suite 400, San Francisco, CA 94103 |
| 3 Board Member | Yosemite Association, P.O. Box 230, El Portal, CA 95318 |

## I. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | Note: If confirmed, my law firm will immediately pay out my capital account-$270,000 and there would be no continuing financial connection. |

## I. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 1997 | Partner Income, Morrison & Foerster, LLP | $ 545,720.00 |
| 2 1997 | Oakland Unified School District (S) | |
| 3 1997 | Sale of photogrpahs (estimated) | $ 1,500.00 |
| 4 1998 | Partner Income, Morrison & Foerster, LLP | $ 589,370.00 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 MERRILL LYNCH (HR-10) | | | | | EXEMPT | | | | |
| 2 Cash and Money Funds (J) | B | Interest | K | T | | | | | |
| 3 CD HAMILTON BK (Miami) (J) | C | Interest | L | T | | | | | |
| 4 CD EXCEL BANK 4.8% (J) | C | Interest | L | T | | | | | |
| 5 CD EXCEL BANK 4.9% (J) | D | Interest | L | T | | | | | |
| 6 GNMA's - Combined (J) | E | Interest | N | T | | | | | |
| 7 CITIGROUP INC. Bond (J) | B | Dividend | K | T | | | | | |
| 8 EQUITABLE OF IOWA (J) | B | Dividend | K | T | | | | | |
| 9 CHASE CAPITAL IV (J) | C | Dividend | L | T | | | | | |
| 10 TRAVELERS P&C CAPITAL I (J) | B | Dividend | J | T | | | | | |
| 11 GRAND METRO DEL. LP (J) | D | Dividend | L | T | | | | | |
| 12 AIMGBL TELECOM (J) | A | | K | T | | | | | |
| 13 DAVIS NY VENTURE FDA (J) | A | Dividend | M | T | | | | | |
| 14 PUTNAM EU FD SBI (J) | A | Dividend | L | T | | | | | |
| 15 PUTNAM HEALTH SCIENCES (J) | A | None | K | T | | | | | |
| 16 GT GLOBAL TELE. FUND (J) | A | Dividend | | V | | | | | |
| 17 PUTNAM GLOBAL GROWTH FD (J) | B | Dividend | | V | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 PUTNAM VOYAGER FD (J) | A | Dividend | | V | | | | | |
| 19 SELIGMAN COMMUNIC FUND (J) | D | Dividend | | V | | | | | |
| 20 MERRILL LYNCH INV. ACCOUNT (J) | | | | | | | | | |
| 21 CASH AND MONEY FUNDS (J) | B | Interest | K | T | | | | | |
| 22 EAST BAY CA MUN. UTIL. DT (J) | D | Interest | L | T | | | | | |
| 23 LOS ANGELES CO CA MET TR (J) | D | Interest | M | T | | | | | |
| 24 CALIF. PCF AUTH PLLN CTL (J) | D | Interest | L | T | | | | | |
| 25 SACRAMENTO CA MUN UTIL DT (J) | D | Interest | L | T | | | | | |
| 26 ML CALIF. MUNI. BD C (J) | D | Dividend | L | T | | | | | |
| 27 ML DEV. CAP MKTS FOCUS (J) | A | Dividend | K | T | | | | | |
| 28 ML GLOBAL STRAT FOCUS (J) | A | Dividend | L | T | | | | | |
| 29 MERRILL LYNCH (FOR DAUGHTER) (J) | | | | | | | | | |
| 30 CASH AND MONEY FUNDS (J) | A | Interest | J | T | | | | | |
| 31 SANTANDER FINANCIAL LTD. PFD. (J) | A | Dividend | J | T | | | | | |
| 32 GRAND METRO DEL. LP SERIES A PFD (J) | D | Dividend | K | T | | | | | |
| 33 MORGAN STANLEY DEAN WITTER (FOR SON) (J) | | | | | | | | | |
| 34 CALIFORNIA VET GO-AK (J) | B | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes tho‎ spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 RIVERSIDE UTIL ZERO COUPON (J) | | None | K | T | | | | | |
| 36 PRUDENTIAL SECURITIES (J) | | | | | | | | | |
| 37 CASH AND MONEY FUNDS (J) | B | Interest | | T | | | | | |
| 38 NEW PERSPECTIVE (J) | D | Dividend | M | T | | | | | |
| 39 WASHINGTON MUTUAL FUND (J) | E | Dividend | N | T | | | | | |
| 40 MERRILL LYNCH (FOR SON) (J) | | | | | | | | | |
| 41 CASH AND MONEY FUNDS (J) | | None | J | T | | | | | |
| 42 CALIFORNIA ST. CPM MTR (J) | D | Dividend | L | T | | | | | |
| 43 AIM GLBL HEALTH FND (J) | D | Dividend | K | T | | | | | |
| 44 WASHINGTON MUTUAL BANK ACCOUNT (S) | C | Interest | K | T | | | | | |
| 45 BANK OF AMERICA BANK ACCOUNT (J) | D | Interest | M | T | | | | | |
| 46 MORRISON & FOERSTER (J) | B | Interest | J | T | | | | | |
| 47 LOAN RECEIVABLE FROM K. YOUNG (S) | A | Interest | J | T | | | | | |
| 48 LOAN RECEIVABLE FROM A. ALSUP (J) | | None | J | T | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 1: Name of Organization/Entity re: Partner, M, cont'd ...Mission Street, San Francisco, CA 94103; Board Member, Yosemite Restoration Trust, 1212 Broadway Street, Suite 814, Oakland, CA 94612.

### SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

### PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|------|----------|------------------------------|
| 4 | Board Member | Yosemite Restoration Trust, 1212 Broadway Street, Suite 814, Oakland, CA 94612 |
| 5 | Trustee | For Reversionary Trust for Daughter Allison Alsup At Merrill Lynch, San Francisco. |
| 6 | Trustee | For Trust Account (UTMA) For Son John Alsup, Merrill Lynch, San Francisco. |

### PART 2. AGREEMENTS (cont'd.)

| Line | Date | Parties and Terms |
|------|------|-------------------|
| 4 | | |
| 5 | | |

### PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|------|------|-----------------|--------------|
| 5 | 1998 | Oakland Unified School District (S) | $ 0.00 |
| 6 | 1998 | Sale of photographs (estimated) | $ 1,500.00 |
| 7 | 6,7/98 | Direct payments from United States Department of Justice | $ 48,402.92 |
| 8 | 1999 | Partner Income, Morrison & Foerster LLP (1/1/99 - 2/28/99) | $ 0.00 |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date _March 24, 1999_

Note:  Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

|  |  |  |  |
|---|---|---|---|
|  | Investment Account (Prudential Securities) |  |  |
|  | Mutual Funds | $ 452,232 |  |
|  | Investment Account (Morgan Stanley) |  |  |
|  | Calif. VETGO-AK | $ 11,462 |  |
|  | Riverside UTIL | $ 14,375 |  |
|  | Subtotal: | $ 25,837 |  |
| Subtotal All Listed Securities: |  |  | $ 1,595,187 |
| Real Estate Owned: | Oakland, California (free and clear) | $ 750,000 |  |
|  | Midpines, California (Subject to mortgage of $108,000) | $ 290,000 |  |
| Subtotal Real Estate: |  |  | $ 1,040,000 |